ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Erika.Johnson@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTEBAN GONZALEZ BURGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  CV 09-1419 DMG (PJWx)<br><br>**ORDER [PROPOSED]**<br>**[28] JS-6** |

    Pursuant to the terms of the Stipulation for Compromise Settlement filed with the Court, this case is DISMISSED WITH PREJUDICE.  The Court will retain jurisdiction pending the fulfillment of the following terms:

    1.   Defendant will pay to Plaintiff the sum of Thirty-Seven Thousand and Five Hundred Dollars ($37,500.00), which sum shall

1  include all attorneys' fees and costs, and which shall be in full
2  settlement and satisfaction of any and all claims arising out of
3  the collision occurring on February 12, 2007 between Plaintiff
4  and United States Postal Service ("USPS") employee, Narinder P.
5  Singh.
6       2.   There shall be made payable jointly to Esteban Gonzalez
7  Burgos and Kazerouni Law Group and Hyde & Swigart, attorneys for
8  Plaintiff, a check for said compromise settlement of Thirty-Seven
9  Thousand and Five Hundred Dollars ($37,500.00) which amount is
10 inclusive of attorneys' fees and costs.
11      IT IS SO ORDERED.
12
13 DATED:  May 24, 2010
14
15                              _____
                                HONORABLE DOLLY M. GEE
16                              UNITED STATES DISTRICT JUDGE
17
18 cc:Fiscal

2